UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

PATRIC PATTERSON, ADC #107498                                                                PLAINTIFF

v.                                           No. 5:15CV00075 JLH/JTR

WENDY KELLEY,
Deputy Director, ADC, *et al.*                                                              DEFENDANTS

## ORDER

The Court has reviewed the Recommendation submitted by United States Magistrate Judge J. Thomas Ray and the filed objections. After carefully considering these documents and making a *de novo* review of the record in this case, the Recommendation is approved and adopted in its entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that:

1. Defendants' motions for summary judgment are granted in part and denied in part. Documents #28 and #40.

2. Patterson's failure to protect claims against Kelley and Watson are dismissed without prejudice.

3. Patterson may proceed with his failure to protect claims against Mazzanti, Bankston, Simpson, Andrews, Bradley, and Bolden.

4. It is certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

DATED this 2nd day of October, 2015.

_J. Leon Holmes_
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE