# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

PATRIC PATTERSON,
ADC #107498                                                                                          PLAINTIFF

v.                                             No.  5:15CV00075 JLH/JTR

WENDY KELLEY,
Deputy Director, ADC, et al.                                                                  DEFENDANTS

## ORDER

The Court has reviewed the Recommendation submitted by United States Magistrate Judge J. Thomas Ray and the filed objections. After completing a *de novo* review of the record in this case, the Recommendation is approved and adopted in its entirety as this Court's findings in all respects.    IT IS THEREFORE ORDERED that:

1.    Defendants' motion for a summary judgment [Doc. 71] is granted.

2.    Patterson's claims against Bolden, Andrews, Bankston, Mazzanti, Simpson, and Bradley are dismissed with prejudice.

DATED this 14th day of September, 2016.

                                                                            _____
                                                                            UNITED STATES DISTRICT JUDGE